# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CLIFTON C. BERRY,

        Plaintiff,

vs.

ARISTOCRAT TECHNOLOGIES INC.,

        Defendant.

2:16-cv-00281-APG-CWH

**MINUTE ORDER**

      IT IS HEREBY ORDERED that the hearing on the Notice of Settlement Claims (ECF No. 3) scheduled for 10:00 a.m., November 4, 2016, is VACATED.

      DATED this 21st day of October, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE